# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERRY VINCE

NO. 2023 KW 1008

**DECEMBER 4, 2023**

---

In Re:     Jerry Vince, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           603564.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the uniform commitment order, any minute entries and/or transcripts, the state's response to the application for postconviction relief, and any other documentation or evidence that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

CHH
SMM

    **McClendon, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT